OPINION # O-7448                    WAS NEVER ISSUED OR

WAS WITHDRAWN.